# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1572
Lower Tribunal No. 19-34200

————————

**John Fanning,**
Appellant,

vs.

**Miami Dolphins Ltd., etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Robert Allen Law, P.A., and Adrian Karborani; Davis Goldman, PLLC, and Aaron P. Davis, Jason N. Goldman and Daniel B. Allison, for appellant.

Saul Ewing Arnstein & Lehr LLP, and Angela C. de Cespedes and Samuel E. Bordoni-Cowley, for appellee South Florida Stadium, LLC.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Araujo v. Winn-Dixie Stores, Inc.</u>, 290 So. 3d 936, 941-42 (Fla. 3d DCA 2019) (concluding that a trial court does not abuse its discretion by denying a claim for expenses under Florida Rule of Civil Procedure 1.380(c) where the requesting party sought admission of a hotly-contested issue that was central to the case).